**UNITED STATES COURT OF APPEALS**
**FOR THE EIGHTH CIRCUIT**

---

No. 26-2714

---

In re: Union Pacific Railroad Company; Leonard Sherer

Petitioners

---

Appeal from U.S. District Court for the District of Nebraska - Omaha
(8:22-cv-00239-SMB)

---

**JUDGMENT**

Before SHEPHERD, STRAS, and TRAYNOR, Circuit Judges.

Petition for writ of mandamus has been considered by the court and is denied. Judge Stras would have granted the petition. Mandate shall issue forthwith.

October 07, 2026

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.

---

/s/ Susan E. Bindler